USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEVILLANO QUINONEZ ROMULO,<br><br>                              Petitioner,<br><br>                        -v.-<br><br>STACEY N. STONE, Warden,<br><br>                              Respondent. | 23 Civ. 1009 (JHR)<br><br>ORDER TO ANSWER<br><br>28 U.S.C. § 2241 |

JENNIFER H. REARDEN, District Judge:

       The Court, having examined the Petition filed in the above-captioned action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

       The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

       Within 60 days of the date of this Order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the Petition. Petitioner may file reply papers, if any, within 30 days of the date Petitioner is served with Respondent's answer.

       The Clerk of Court shall mail this Order, along with Judge Rearden's Individual Rules and Practices in Civil Cases and Individual Rules and Practices in Civil *Pro Se* Cases, to the *pro se* Petitioner.

       SO ORDERED.

Dated:  March 2, 2023
             New York, New York

                                                                   JENNIFER H. REARDEN
                                                                  United States District Judge